IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  **Plaintiff,**<br><br>              v.<br><br>Mark James Sinovic,<br><br>                  **Defendant.** | Case No. 3:21-cr-00255-SI-1<br>            3:15-cr-00400-SI-1<br><br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

Simon, United States District Judge:

      This matter is before the Court on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served on all counts, effective ten days after the entry of the amended judgment or the next following Monday if ten days elapses on a Saturday or Sunday. The three-year term of supervised release will remain in place for case number 3:21-cr-00255-SI-1, with the conditions previously set forth in the original judgment and the additional special condition that the defendant must reside at and

participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer.

The Court therefore GRANTS the Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until ten days after it is entered on the docket unless that date is a Saturday or Sunday, in which case the order will be effective the following Monday.

Dated this __8th__ day of July, 2022.

_____
Hon. Michael H. Simon
United States District Court Judge